**NOVEMBER 1st, 2007**                                                                 **UTICA, NEW YORK**
**HON. DAVID N. HURD, Presiding**
**Clerk: Craig B. Minor**
**Steno: Nancy Freddoso**

*S E N T E N C I N G*

2:30 P.M.   COURT IN SESSION

**JOHN BREWER**          5:06-CR-383          CAB          Stuart J. LaRose, Esq.

Deft appears w/his attorney. AUSA Craig Benedict speaks on behalf of Government. Deft advised of his right to speak. Deft's attorney speaks. Deft speaks. Judge Hurd orders deft committed to BOP for a term of ***18 months*** on ***count 1*** of the ***Information; 2 years*** supervised release with standard and special conditions; $100.00 special assessment also imposed and due immediately. Ct. recommends to BOP that deft be confined as close to Massachusetts as possible. Deft shall surrender to BOP by ***2 p.m.*** on ***January 8th, 2008*** and must contact U.S. Marshal NDNY who will advise deft of institution designated. Deft released on same bail and conditions pending surrender. Deft advised of his right to appeal.

2:45 P.M.   Adjourned.